**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

BIOCLIN BV,

        Plaintiff,

v.                                   Case No. 6:13-cv-1901-Orl-37DAB

MULTYGYN USA, LLC; and KARL J. BONGA,

        Defendants.

---

# ORDER

This cause is before the Court on the following:

(1)    Plaintiff's Renewed Motion for Default Judgment Against Defendants Multigyn USA, LLC and Karl J. Bonga (Doc. 35), filed August 25, 2014; and

(2)    United States Magistrate Judge David A. Baker's Report and Recommendation (Doc. 36), filed November 26, 2014.

Plaintiff is a foreign corporation that "markets a range of feminine hygiene or gynecological products under the name 'Multi-Gyn'" in "over 30 countries around the world." (Doc. 2, ¶¶ 1, 9–11.) Plaintiff holds international and U.S. registrations for the trademark "MULTI-GYN", and has a "proprietary interest" in a "stylized female form" mark. (Doc. 1, ¶¶ 13, 30.) Defendant Karl Bonga is the former spouse of Plaintiff's former distributor, and Defendant Multigyn USA, LLC is a dissolved Florida limited liability company formed by Bonga. (*Id.* ¶¶ 3–5, 17–19.) On December 12, 2013, Plaintiff initiated this action to enforce its rights under the Anticybersquatting Consumer Protection Act ("ACPA") and other federal and state laws. (*See* Doc. 1.)

Plaintiff filed sufficient proof of service on August 1, 2014 (*See* Docs. 28, 29), and the Clerk entered defaults against Defendants on August 14, 2014. (*See* Doc. 33, 34; *see also* Doc. 32.) Plaintiff then filed its motion for final default judgment and for entry of a permanent injunction. (*See* Doc. 35.) The matter was referred to U.S. Magistrate Judge David A. Baker, who issued a Report and Recommendation that the Motion for Default should be granted only with respect to Plaintiff's claim for injunctive relief under the ACPA. (*See* Doc. 36.)

No party has filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1). Absent objections, and upon consideration, the Court finds that Magistrate Judge Baker's thorough and well-reasoned Report and Recommendation is due to be adopted and confirmed.

Accordingly, it is hereby **ORDERED and ADJUDGED** that:

1. The Report and Recommendation of U.S. Magistrate Judge David A. Baker (Doc. 36) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. Plaintiff's Renewed Motion for Default Judgment (Doc. 35) is **GRANTED** in accordance with the Report and Recommendation of Magistrate Judge David A. Baker (Doc. 36).

3. In accordance with this Order and pursuant to Rules 54, 55, 58, and 65 of the Federal Rules of Civil Procedure, the Court will enter a separate permanent injunction final judgment.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 16, 2014.

_____
ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

Multigyn USA, LLC

Karl J. Bonga